JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MALKIN,<br><br>    Plaintiff,<br><br> v.<br><br>NBCUNIVERSAL MEDIA, LLC, et al.,<br><br>    Defendants. | Case No.  CV 20-3377-GW-SKx<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF COMPLAINT AND ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the stipulation of the parties, the Court orders as follows:

This action, including all claims asserted by plaintiff John Malkin against defendants in the Complaint, is hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 29, 2021

                                                      _____
                                                      HON. GEORGE H. WU,
                                                      UNITED STATES DISTRICT JUDGE